IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MICHAEL COLBERT, individually and on behalf of those similarly situated, | * |
| | * |
| Plaintiff, | Case No. 3:23-cv-25-TES |
| v. | * |
| ALM AUTOMOTIVE GROUP, LLC, | * |
| Defendant. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated January 10, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 10th day of January, 2024.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk